```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 15523
   GEORGE H SENTENEY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8021

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/21/2005 and was confirmed 06/13/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

    The case was paid in full 09/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY         7357.00           .00          7357.00
AT&T UNIVERSAL            UNSECURED       NOT FILED          .00               .00
DISCOVER FINANCIAL SERVI  UNSECURED        9789.40           .00          4894.70
ENTERPRISE RENTAL         UNSECURED       NOT FILED          .00               .00
VICTOR SKADAUSKI          NOTICE ONLY     NOT FILED          .00               .00
TOYOTA MOTOR CREDIT CORP  UNSECURED            .00           .00               .00
LVNV FUNDING LLC          UNSECURED       14585.53           .00          7292.77
SHERMAN ACQUISITION LLC   UNSECURED       15016.32           .00          7508.16
ECAST SETTLEMENT CORP     UNSECURED         130.04           .00             65.02
LEGAL HELPERS PC          DEBTOR ATTY      2,194.00                       2,194.00
TOM VAUGHN                TRUSTEE                                         1,828.52
DEBTOR REFUND             REFUND                                              9.83

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE           31,150.00

PRIORITY                                    7,357.00
SECURED                                          .00
UNSECURED                                  19,760.65
ADMINISTRATIVE                              2,194.00
TRUSTEE COMPENSATION                        1,828.52
DEBTOR REFUND                                   9.83
                  ---------------        ---------------
TOTALS            31,150.00                31,150.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 15523 GEORGE H SENTENEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```